UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper<br>Crim. No. 14-645 |
| v. | : | |
| | | CONTINUANCE ORDER |
| MICHAEL DELOUGHRY | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by J. Brendan Day, Assistant United States Attorney), and defendant Michael Deloughry (by Patrick N. McMahon, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of indictment pursuant to Title 18, United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and as twelve prior continuances have been granted by the Court, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    Defendant seeks time to address certain medical conditions and issues with respect to his residence;

    2.    The parties currently are in plea negotiations, which could render trial of this matter unnecessary;

    3.    Defendant has consented to the aforementioned continuance; and

4. Pursuant to Title 18, United States Code, Sections 3161(h)(1)(A) and (h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___4th___ day of January, 2017,

IT IS ORDERED that the proceedings in the above-captioned matter are continued from the date this Order is signed through March 1, 2017;

IT IS FURTHER ORDERED that the period from the date this Order is signed through March 1, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7); and

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for the trial in the Court's Order for Discovery and Inspection dated November 12, 2014 are hereby amended so that:

- All pretrial motions to be filed by March 1, 2017;
- Oppositions to be filed by March 15, 2017; and
- A date for any motion hearing or trial to be set.

_____
Hon. Mary L. Cooper
United States District Judge

Consented and Agreed to by:

_____
J. Brendan Day
Assistant United States Attorney


_____
Patrick N. McMahon
Counsel for the Defendant